UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KAREN CATON,

                Plaintiffs,

v.

NATIONAL CREDIT SYSTEMS, INC., a Georgia corporation,

                Defendant.

NO: 2:14-CV-185-RMP

ORDER OF DISMISSAL WITH PREJUDICE

**BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i), ECF No. 5. Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Dismissal, **ECF No. 5**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

/ / /

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  3. All scheduled court hearings, if any, are **STRICKEN**.

2  The District Court Clerk is directed to enter this Order, provide copies to

3  counsel, and **close this case**.

4  **DATED** this 31st day of October 2014.

5

6  *s/ Rosanna Malouf Peterson*
  ROSANNA MALOUF PETERSON
7  Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2